KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN SWANSON, CSBN 135879
Chief, Civil Division
KATHERINE DOWLING, CSBN 220767
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-6833
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT ARMANINO )<br><br>    Plaintiff, )<br> )<br>      v. )<br> )<br>UNITED STATES OF AMERICA, )<br> )<br>    Defendant. )<br>_____ ) | No. C 05-4645 MJJ<br><br>STIPULATION EXTENDING TIME FOR MEDIATION  AND ORDER |

    IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the

Court, that the deadline for mediation be enlarged from May 2006 until July 2006.

//

//

//

//

//

//

//

//

Parties were originally scheduled to have the mediation on May 15, 2006. An extension is required because counsel for Defendant has a trial that was continued from April 24, 2006 to May 15, 2006 (in front of this Court). Parties have rescheduled the mediation for July 6, 2006 the next available date for parties and the mediator. This is the first request for an extension of time. The trial is set for February 12, 2007 therefore, this enlargement of time for the mediation will not cause any undue delay in the trial timing.

DATED:          By:     _/s/_____
                                      RONALD WECHT
                                      Attorney for Plaintiff

                                      KEVIN V. RYAN
                                      United States Attorney

DATED:          By:     _/s/_____
                                        KATHERINE B. DOWLING
                                      Assistant United States Attorney
                                      Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:   5/12/2006               _____
                                      HON. MARTIN J. JENKINS
                                      United States District Judge