KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
KATHERINE B. DOWLING (CSBN 220767)
Assistant United States Attorney

450 Golden Gate Avenue, 10th Floor
San Francisco, CA 94102-3495
Telephone: (415) 436-6833
Facsimile:  (415) 436-7169
Email: katherine.dowling@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT ARMANINO,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C 05-4645 MJJ<br>**E-Filing Case**<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO DISCLOSE EXPERT WITNESSES** |

The parties through their undersigned counsel of record hereby agree to and stipulate to the following:

1. Defendant's expert witness reports are due on October 27, 2006.

2. Defense experts require additional time to review records and formulate expert opinions.

3. Lead trial counsel for the government, AUSA Katherine Dowling, is currently out of the country and will be returning to the office on October 30, 2006.

4. Defendant shall have until November 10, 2006, in which to serve expert reports pursuant to Rule 26.  The designation of rebuttal experts and rebuttal reports will be due on November 24, 2006.

5. This is the government's first request for an extension of time with respect to expert

STIP AND ORDER
C 05-4645 MJJ                        1

discovery.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: October 25, 2006  KEVIN V. RYAN
United States Attorney

/s/ Alex G. Tse for
By: _____
KATHERINE B. DOWLING
Assistant United States Attorney
Counsel for Defendant

Dated: October 25, 2006  WALKUP, MELODIA, KELLY & ECHEVERRIA

/s/ Ronald H. Wecht
By: _____
RONALD H. WECHT
Attorneys for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED that:

Defendant shall serve its expert reports on November 10, 2006. Rebuttal expert reports are now due on November 24, 2006.

Dated: 10/31/2006

_____
HON. MARTIN J. JENKINS
United States District Court

STIP AND ORDER
C 05-4645 MJJ                                    2