KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN SWANSON, CSBN 135879
Chief, Civil Division
KATHERINE DOWLING, CSBN 220767
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
   Telephone: (415) 436-6833
   Facsimile:   (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ROBERT ARMANINO | ) | No. C 05-4645 MJJ (EMC) |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER ENLARGING DATE FOR |
| v. | ) | SETTLEMENT CONFERENCE |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the date for the settlement conference be enlarged from December 7, 2006 at 9:30 a.m. until January 11, 2007 at 9:30 a.m.

//

//

//

//

//

//

//

//

The Court ordered in the pre trial order for this case that a settlement conference with Judge Chen should take place for the above-captioned case in January 2007. Parties were assigned a December 7, 2006 date for the settlement conference based upon this Court's availability and lack of available dates at the time in January. This Court now has available dates in January. The summary judgment hearing in this matter will be on December 12, 2006. Based on the date of this hearing and to allow time for the Court to rule on the motion after the hearing, an enlargement of the date currently set for the settlement conference from December 7th to January 11th would be more efficient and most likely more productive. Furthermore, the trial is set for February 12, 2007 so this enlargement of time will not cause any undue delay in the trial timing.

DATED:                By:    _____/s/_____
                                    RONALD WECHT
                                    Attorney for Plaintiff


                                    KEVIN V. RYAN
                                    United States Attorney


DATED:                By:    _____/s/_____
                                    KATHERINE B. DOWLING
                                    Assistant United States Attorney
                                    Attorneys for Defendant

### **ORDER**

The Settlement Conference scheduled for December 7, 2006 at 9:30 a.m. has been changed to January 11, 2007 at 9:30 a.m. Settlement Conference statements shall be due on December 28, 2006.

IT IS SO ORDERED:

DATED: November 22, 2006         _____
                                    EDWARD M. CHEN
                                    United States District Judge